UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| MONICA L. HORNAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 7:15-CV-266-D** |
| NANCY A. BERRYHILL, Acting Commissioner ) | |
| of Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner of Social Security pay $4,252.47 in attorney's fees associated with this matter in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d). Such payments should be sent to: Kathleen Shannon Glancy, P.A. 114 South Front Street Wilmington, NC 28401. Provided that the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Kathleen Shannon Glancy, P.A., and mailed to her office address above in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney fees under EAJA. Upon the payment of such sums, this case is dismissed with prejudice.

**This Judgment Filed and Entered on June 20, 2017, and Copies To:**

| | |
|---|---|
| Laurie Lynn Janus | (via CM/ECF electronic notification) |
| Peter A. Heinlein | (via CM/ECF electronic notification) |
| Stephen F. Dmetruk, Jr. | (via CM/ECF electronic notification) |

DATE:                                     PETER A. MOORE, JR., CLERK
June 20, 2017                    (By) /s/ Nicole Briggeman
                                              Deputy Clerk